UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORDALIZA TAVERAS, *individually, and on behalf of all others similarly situated*,

                Plaintiff,

v.

LAST BRAND, INC.,

                Defendant.

No. 23-CV-3934 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    A post-fact discovery conference was previously scheduled in this matter for December 15, 2023 at 2:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to December 14, 2023 at 5:15 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

    Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    November 28, 2023
             New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge