大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 11, 2023

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 12, 2023

Re:   *Taveras v. Last Brand, Inc.,* Case No. 1:23-cv-03934-RA

Dear Judge Abrams:

We represent Defendant Last Brand, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 11, 2023 to January 25, 2024, and adjourn sine die the post-fact discovery conference scheduled for December 14, 2023.

The parties have agreed on the principal terms to resolve this matter. This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms